```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-05198-RNO
Dwayne M Borowski                                                   Chapter 13
Megan Ann Borowski
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar           Page 1 of 2          Date Rcvd: Jan 25, 2018
                              Form ID: ntcnfhrg       Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db/jdb         +Dwayne M Borowski,    Megan Ann Borowski,    20 Pottsville St,    Port Carbon, PA 17965-1511
5013977        +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,
                 Arlington,, TX 76096-3853
5004690       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
5004691        +Boscov's,   PO Box 659622,    San Antonio, TX 78265-9622
5004692         Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
5004693        +Chase Freedom,    PO Box 1423,    Charlotte, NC 28201-1423
5004694        +Embrace Home Loans, c/o:,    Roundpoint Mort. Serv. Corp.,    PO Box 674150,
                 Dallas, TX 75267-4150
5004696        +GM Financial,    PO Box 78143,    Phoenix, AZ 85062-8143
5004697        +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
5004701         Pay Pal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5004689        +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 19:05:08      AEO Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
5004695        +E-mail/Text: bnc-bluestem@quantum3group.com Jan 25 2018 19:08:34       Gettington,   PO Box 166,
                 Newark, NJ 07101-0166
5004688         E-mail/Text: cio.bncmail@irs.gov Jan 25 2018 19:07:55      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
5004698        +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 19:05:08      JC Penney,   Synchrony Bank,
                 PO Box 965090,    Orlando, FL 32896-0001
5004699         E-mail/Text: bnckohlsnotices@becket-lee.com Jan 25 2018 19:07:53       Kohl's,   PO Box 2983,
                 Milwaukee, WI 53201-2983
5004700        +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 19:05:08      Lowes Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
5005382        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2018 19:25:43
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5004702        +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 19:04:58      Sams Club/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
5004703        +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 19:04:47      Synchrony Bank/Toys R Us,
                 Attn: Bankruptcy Dept,    PO Box 965013,   Orlando, FL 32896-5013
5004704        +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 19:05:08      Walmart,   PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                           Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Embrace Home Loans, Inc. bkgroup@kmllawgroup.com
              Thomas K Noonan    on behalf of Debtor 1 Dwayne M Borowski tknesq@ptd.net, tknesqam@ptd.net
              Thomas K Noonan    on behalf of Debtor 2 Megan Ann Borowski tknesq@ptd.net, tknesqam@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 5

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dwayne M Borowski
Megan Ann Borowski

Debtor(s)

Chapter 13

Case No. 5:17−bk−05198−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **March 14, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 21, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 25, 2018 |