UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DWAYNE M. BOROWSKI and MEGAN ANN BOROWSKI<br>　　　Debtor(s) | : CHAPTER 13<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　　　Movant | :<br>:<br>: |
| vs. | :<br>: |
| DWAYNE M. BOROWSKI and MEGAN ANN BOROWSKI<br>　　　Respondent(s) | :<br>:<br>: CASE NO.　5-17-bk-05198 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this   12th   day of March, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about January 29, 2018 be withdrawn, as all issues have been resolved.

　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　/s/Charles J. DeHart, III
　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　(717) 566-6097


CERTIFICATE OF SERVICE

　　　　AND NOW, this   12th   day of March, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Thomas Noonan, Esquire
306 Mahantongo Street
Pottsville, PA   17901

　　　　　　　　　　　　　　　　　/s/Deborah A. Behney
　　　　　　　　　　　　　　　　　Office of Charles J. DeHart, III
　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee