Certificate Number: 15317-PAM-DE-030787780

Bankruptcy Case Number: 17-05198


15317-PAM-DE-030787780

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2018, at 7:35 o'clock PM PDT, Dwayne Borowski completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 27, 2018

By: /s/Eric Reyes

Name: Eric Reyes

Title: Certified Counselor

Certificate Number: 15317-PAM-DE-030787783

Bankruptcy Case Number: 17-05198



15317-PAM-DE-030787783

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2018, at 7:35 o'clock PM PDT, Megan Borowski completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 27, 2018   By: /s/Eric Reyes

Name: Eric Reyes

Title: Certified Counselor