```
In re:                                                        Case No. 17-05198-RNO
Dwayne M Borowski                                             Chapter 13
Megan Ann Borowski
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: DDunbar            Page 1 of 1         Date Rcvd: Aug 14, 2019
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
db/jdb         +Dwayne M Borowski,   Megan Ann Borowski,   20 Pottsville St,   Port Carbon, PA 17965-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James    Warmbrodt     on behalf of Creditor    Embrace Home Loans, Inc. bkgroup@kmllawgroup.com
        Thomas K Noonan     on behalf of Debtor 1 Dwayne M Borowski tknesq@ptd.net,    tknesqam@ptd.net
        Thomas K Noonan     on behalf of Debtor 2 Megan Ann Borowski tknesq@ptd.net,    tknesqam@ptd.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                   TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dwayne M Borowski,<br>**Debtor 1**<br>Megan Ann Borowski,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:17−bk−05198−RNO |

Social Security No.:
xxx−xx−0348    xxx−xx−6484

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  August 14, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)